_____

No. 95-1629EM
_____

WPNT, Inc.,            *
                                    *
          Appellee,       *
                                    *    Appeal from the United States
    v.                       *    District Court for the Eastern
                                    *    District of Missouri.
Evergreen Media Corporation of   *
Washington, D.C.,             *    [UNPUBLISHED]
                                    *
          Appellant.      *
_____

Submitted:  December 14, 1995

Filed:  January 4, 1996
_____

Before FAGG, GARTH,[*] and WOLLMAN, Circuit Judges.
_____

PER CURIAM.

Evergreen Media Corporation of Washington, D.C. (Evergreen Media) appeals from an adverse jury verdict in this diversity action.  Evergreen Media contends the district court committed error in excluding evidence Evergreen Media asserts was essential to its defense.  Evergreen Media also contends the evidence was insufficient to support the jury's award.

We believe this case was well tried in the district court.  We conclude, however, the issues do not warrant a comprehensive opinion.  Having carefully considered the record, briefs, and parties' arguments, we find no reversible error of law and are

_____

     *The HONORABLE LEONARD I. GARTH, United States Circuit Judge for the United States Court of Appeals for the Third Circuit, sitting by designation.

satisfied the record supports the verdict.  We thus affirm.  <u>See</u>
8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.